# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 2:21-mj-219
)
U.S. Postal Service Priority Mail Express parcel )
EJ475308119US addressed to "M Foster, 5243 )
Harvestwood Ln, Columbus, Ohio 43230" )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841(a)(1) | Possession with intent to distribute a controlled substance |
| 21 U.S.C. Section 843(b) | Prohibited use of a communication center (U.S. Mail) |
| 21 U.S.C Section 846 | Attempt and conspiracy |

The application is based on these facts:
See Attachment C

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Dustin Rambacher, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/1/2021

Chelsey M. Vascura
*Judge's signature*
United States Magistrate Judge
Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

City and state: Columbus, OH

## **Attachment A**

U.S. Postal Service Priority Mail Express parcel EJ475308119US addressed to "M Foster, 5243 Harvestwood Ln, Columbus, Ohio 43230"

1

## **Attachment B**

Any controlled substances, contraband, fruits of the crime, attribution documents, notes, records, and/or currency related to illegal drug trafficking, which constitute evidence of violations of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF U.S. POSTAL SERVICE PRIORITY MAIL EXPRESS PARCEL EJ475308119US ADDRESSED TO "M FOSTER, 5243 HARVESTWOOD LN, COLUMBUS, OHIO 43230" | Case No. 2:21-mj-219 |

### AFFIDAVIT IN SUPPORT OF
### APPLICATION FOR SEARCH WARRANT

I, Dustin L. Rambacher, being duly sworn, deposes and states the following:

1. I am a Special Agent for the U.S. Postal Service Office of Inspector General (USPS OIG) assigned to conduct general investigations of USPS employees and the abuse of U.S. Mail. I have been a USPS OIG Special Agent since 2011. During this time, I have been assigned to conduct investigations of narcotics and internal mail theft, investigating the mailing of illegal narcotics, their proceeds, and the theft, rifling, destruction, mistreatment, willful delay, or tampering of the U.S. Mail. I have training and experience in the enforcement of laws in the United States, including training on how to conduct drug related investigations, search and seizure laws, evidence handling and processing, and drug identification and field testing I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center at Glynco, Georgia. I have a Bachelor's degree in criminal justice from the University of Mount Union and a Master's degree in criminal justice from the University of Cincinnati.

2. This Affidavit is made in support of a search warrant for the following property, namely a package associated with U.S. Postal Service Priority Mail Express parcel, tracing number EJ475308119US, as further described in Attachment A. This affidavit is made in support of a warrant to search the package for evidence of a crime as well as contraband, fruits of a crime, or

3

other items illegally possessed in relation to the following offenses: Title 21 United States Code (USC) Section 841(a)(1) – Possession with intent to distribute a controlled substance, Title 21 USC Section 843(b) – Prohibited use of a communication center (U.S. Mail), and Title 21 USC Section 846 – Attempt and conspiracy.

3. The information in this affidavit is based on personal knowledge and information provided to me by other law enforcement officers and individuals. The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all facts related to this case.

4. On February 10, 2021, the affiant received information regarding possible narcotics trafficking. The affiant received initial information about a FedEx parcel containing cash that was intercepted by the Central Ohio High Intensity Drug Trafficking Area (HIDTA) Task Force. The affiant was advised that the name Timothy Corbett was possibly associated with the FedEx parcel. The affiant conducted a review of U.S. Postal Service parcel data to determine if Corbett was possibly receiving narcotics shipments in the mail. According to law enforcement databases, Corbett is associated with 24 S. Westmoor Avenue, Apartment E, Newark, OH 43055. The affiant reviewed Postal Service parcel history reports associated with 24 S. Westmoor Avenue. According to Postal Service records, from December 2020 through January 2021, 10 Priority Mail Express parcels were mailed to 24 S. Westmoor Avenue, Apartment E, or 24 S. Westmoor Avenue. All of these parcels were retail mailings that originated in California. Based on Postal Service data, the affiant identified possible associated parcels that were mailed to other Central Ohio addresses from California, including 5243 Harvestwood Lane, Columbus, OH 43230. According to Postal Service parcel data, from October 2020 through February 2021, nine Priority Mail Express parcels were

mailed to 5243 Harvestwood Lane. All of these parcels were retail mailings that originated in California.

5. On February 25, 2021, the affiant received additional information pertaining to the HIDTA Task Force FedEx parcel. According to a HIDTA Task Force Investigative Report, the FedEx parcel was addressed from "Timothy Corbett, 573 Hebron Rd, Heath, OH 43056," to "Carlos Moreno, 617 Kitty Hawk Dr, Imperial, CA 92251." According to the report, a preliminary count of the currency showed $7,000. A Postal Service inner envelope was found inside the FedEx mailing, which listed sender T. Corbett, 24 S Westmore Ave., Newark, OH 43055. The report noted that the detective who originally investigated the FedEx parcel learned that the correct spelling of the street address on the inner envelope should have been Westmoor. Additionally, the report stated that a Police K-9 positively alerted on the FedEx parcel. The K-9 is trained to detect the odor of narcotics.

6. A review of Timothy Corbett's criminal history records indicated that in a 2017 case, Corbett was found guilty of California Health and Safety Code Section 11352(A), *Transport/Sell Narcotics/Controlled Substances*.

7. On March 30, 2021, the affiant received an automated Postal Service parcel data report which detailed inbound parcels. In review of the report, the affiant identified U.S. Postal Service Priority Mail Express parcel EJ475308119US, inbound to 5243 Harvestwood Ln, Columbus, Ohio 43230 (TARGET PARCEL), which was mailed from California on March 29, 2021. The affiant intercepted TARGET PARCEL from a Postal Service facility in Columbus, OH. TARGET PARCEL is addressed from "Arturo Gonzalez, 618 Kitty Hawk Dr, Imperial, CA 92251" to "M Foster, 5243 Harvestwood Ln, Columbus, Ohio 43230." The affiant observed that the return address on TARGET PARCEL is similar to the addressee listed on the FedEx parcel

5

that was seized by the HIDTA Task Force (617 Kitty Hawk Drive and 618 Kitty Hawk Drive). TARGET PARCEL is currently secured at a Central Ohio Drug Enforcement (CODE) Task Force office located in the Southern District of Ohio.

8. The affiant knows based upon training and experience that California is a known source area for the shipment of illegal narcotics into Central Ohio.

9. The affiant knows based upon training and experience that individuals that traffic illegal narcotics through U.S. Mail will sometimes send money through the mail and use other courier service providers.

10. According to law enforcement databases, there is no "M Foster" associated with 5243 Harvestwood Lane, Columbus, OH 43230.

11. According to law enforcement databases, there is no "Arturo Gonzalez" associated with 618 Kitty Hawk Drive, Imperial, CA 92251.

12. The affiant knows based upon training and experience that individuals that traffic illegal narcotics through U.S. Mail have been known to use fictitious names on the mailings to separate themselves from the narcotics shipments. Additionally, the affiant knows from training and experience that drug traffickers have been known to use expedited mailing services (i.e., Priority Mail, Priority Mail Express) to quickly get illegal narcotics shipments from sender to recipient to help avoid detection.

13. Later on March 30, 2021, the affiant contacted CODE Task Force Detective Tanner Vogelmeier to obtain a K-9 to conduct a parcel lineup, to include TARGET PARCEL. Detective Vogelmeier is the handler for "Salsa," a drug detection dog most recently certified by the Ohio Peace Officers Training Commission for the detection of the odor of Marijuana, Cocaine, Heroin,

and Methamphetamine and their derivatives. K-9 "Salsa" has had five years of service, starting in February 2016. "Salsa" has completed the Special Purpose Canine Unit Evaluation.

14. TARGET PARCEL was placed in a lineup among other boxes varying in size, and K-9 "Salsa" was allowed to search the entire area. Detective Vogelmeier concluded that K-9 "Salsa" did alert positively to TARGET PARCEL. Based on that alert, Officer Jones concluded that the odor of one of the drugs that K-9 "Salsa" is trained and certified to detect was present in TARGET PARCEL.

15. Based on the foregoing facts, probable cause exists to believe that TARGET PARCEL, U.S. Postal Service Priority Mail Express parcel EJ475308119US addressed to "M Foster 5243 Harvestwood Ln, Columbus, Ohio 43230" contains controlled substances in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846. I respectfully request the Court to find probable cause to issue a search warrant to search the parcel described in Attachment A for the items listed in Attachment B.

_____
Dustin L. Rambacher
Special Agent
U.S. Postal Service
Office of Inspector General

Sworn and subscribed before me this ___1___ day of April 2021.

_____
Chelsey M. Vascura
U.S. Magistrate Judge